# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATALIE KUNITSKIY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO. 20-2421 |

## ORDER

AND NOW, on April 21, 2021, upon consideration of Plaintiff Natalie Kunitskiy's Brief in Support of her Request for Review (doc. 14), the Commissioner's Response (doc. 15), and Kunitskiy's Reply (doc. 16), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE